# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RONALD E. HARRIS, II, | : | |
| Plaintiff, | : | Case No. 3:11cv00155 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| SHERIFF GENE KELLY, et al., | : | |
| Defendants. | : | |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 8, 2014 (Doc. #15) is ADOPTED in full;

2. Plaintiff Ronald E. Harris, II's filing titled "DENOVO REVIEW OF THE RECORD" (Doc. #14) is DENIED;

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of this Decision and Entry would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and,

4. The case remains terminated on the docket of this Court.

June 4, 2014                                                    *s/Thomas M. Rose

                                                        _____
                                                            Thomas M. Rose
                                                        United States District Judge